Receipt 11089356

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1416.00 IN 2 CHECKS
CHECK # 14918 for $676.20
CHECK # 14919 for $739.80
Representing unclaimed funds.

DATED: 2-11-2010

FILED
FEB 11 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 855906 | BRUNNER | 0813573 | 177.57 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON | IL | 617025037 |
| 856458 | HITCHCOCK, JR. | 0412255 | 150.07 | BRENNAN & CLARK | 721 E. MADISON | SUITE 200 | VILLA PARK | IL | 60181 |
| 857141 | KOCH | 0812247 | 5.00 | CHAPTER 7 TRUSTEE | | | UNKNOWN | NY | 14202 |
| 857146 | MILLER | 0415597 | 5.01 | CHAPTER 7 TRUSTEE | | | UNKNOWN | NY | 14202 |
| 857148 | FLINT | 0811587 | 15.11 | CHAPTER 7 TRUSTEE | | | UNKNOWN | NY | 14202 |
| 857151 | MCILWAIN | 0516265 | 5.00 | CHAPTER 7 TRUSTEE/05-16265 | | | UNKNOWN | NY | 14202 |
| 857153 | ROGERS | 0602248 | 5.01 | CHAPTER 7 TRUSTEE/06-02248 | | | UNKNOWN | NY | 14202 |
| 857155 | JASINSKI | 0814645 | 0.33 | C/O CHAPTER 7 TRUSTEE/08-14645 | | | UNKNOWN | NY | 14202 |
| 858386 | WEINSTOCK | 0515942 | 80.43 | E.P. KIRST & SONS, INC. | 5727 SOUTH PARK AVENUE | | HAMBURG | NY | 140750000 |
| 859035 | JULIANO | 0910840 | 36.59 | HSBC BANK NEVADA, NA | % PRA RECEIVABLES MGMT | P.O. BOX 463 | NORFOLK | VA | 23541 |
| 859739 | CASTIGLIA | 0414553 | 18.88 | MJ PETERSON, LLC | % BULAN & CHIARI LLP | 1321 MILLERSPORT HWY STE WILLIAMSVILLE | | NY | 142210000 |
| 861460 | OLIVER | 0515020 | 19.97 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 861461 | LANG | 0516767 | 136.92 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 861464 | GUTOWSKI | 0600148 | 14.59 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 861465 | JOHNSON | 0600651 | 30.00 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 861472 | HUTCHISON | 0519249 | 14.40 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 861473 | BERGMANN | 0700002 | 24.92 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 862032 | TODD | 0412654 | 5.00 | ARTHUR & JACKIE TODD | 2622 WELCH AVENUE | | NIAGARA FALLS | NY | 14303 |
| 862065 | RIDEOUT | 0513624 | 5.00 | DANIEL & MICHELLE RIDEOUT | 108 MEREDITH AVENUE | | NEDROW | NY | 13120 |
| 862074 | WARREN | 0517313 | 112.33 | CLYDE WARREN | 65 LEONARD STREET | | BUFFALO | NY | 14215 |
| 862089 | BENJELLA | 0593063 | 425.00 | JOSEPH F BENJELLA | 212 74TH STREET | | NIAGARA FALLS | NY | 14304 |
| 862095 | FOX | 0601310 | 5.02 | TIMOTHY & DENISE FOX | 12 HIGHLAND AVENUE | | WARSAW | NY | 14569 |
| 862096 | BOAZ | 0601596 | 5.00 | WILLIAM J BOAZ | 108 ECKHERT STREET, LOWER | | BUFFALO | NY | 142071140 |
| 862099 | WINSLOW | 0601742 | 5.00 | MATTHEW F WINSLOW | % WINSLOWS SERVICE | P.O. BOX 145 | BOSTON | NY | 140250145 |
| 862102 | JONES, JR. | 0602727 | 5.02 | ROBERT C JONES, JR. | 823 GENESEE ST. | | BUFFALO | NY | 14211 |
| 862109 | COPLIN | 0700081 | 5.00 | JIMMY COPLIN | 87 EARL PLACE | | BUFFALO | NY | 14211 |
| 862110 | KNEEPPEL | 0700335 | 5.00 | DANIEL P KNEEPPEL | 1315 LINWOOD AVENUE | | NIAGARA FALLS | NY | 14305 |
| 862119 | BEITER | 0704457 | 5.00 | NORBERT C BEITER | 403 DAVEY ST. | | BUFFALO | NY | 14206 |
| 862124 | RAMBUSKI | 0810728 | 5.00 | KATHY A RAMBUSKI | PO BOX 91 | | ANDOVER | NY | 14806 |
| 862128 | DUNKLEMAN | 0811745 | 38.79 | DONNA L DUNKLEMAN | 1314 W. 11TH ST. LOWER | | ERIE | PA | 165021078 |
| 862129 | HALLEY | 0811921 | 5.00 | CHRISTOPHER W HALLEY | 98 MADISON AVE. | | LACKAWANNA | NY | 14218 |
| 862130 | BARONE | 0812186 | 5.00 | STEVEN & DANIELLE BARONE | 68 ARGONNE DR. | | KENMORE | NY | 14217 |

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 862133 | BREARLEY | 0813877 | 5.01 | HEIDI L BREARLEY | 702 WASHINGTON AVE. | | DUNKIRK NY | 14048 |
| 862136 | HAMM | 0814627 | 5.01 | WILLIAM HAMM | 308 DODGE STREET | | BUFFALO NY | 14208 |
| 862138 | JONES | 0814640 | 5.00 | RENEE & CHARLES JONES | 450 WYOMING AVE. | | BUFFALO NY | 14215 |
| 862139 | TERRY | 0814655 | 5.00 | MARIO TERRY | 231 HUNTINGON AVENUE | | BUFFALO NY | 14214 |
| 862140 | ELLISON | 0814799 | 5.00 | KEIR & THERESA ELLISON | 861 GALWAY BLVD. | | APOPKA FL | 327038328 |
| 862143 | COOK | 0815422 | 5.00 | JASON & PATRICIA COOK | 65 HUNT AVE. | | BUFFALO NY | 14207 |
| 862147 | SCRUFARI | 0910835 | 5.00 | RUSSELL P SCRUFARI | 5590 RIDGE ROAD | | LOCKPORT NY | 14094 |
| 862149 | MCKENZIE, JR. | 0911360 | 5.02 | JOHN MCKENZIE, JR. | 163 CHESTNUT STREET | | LOCKPORT NY | 14094 |