Receipt # 11090546
$ 3,468.05
9/16/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS



FILED SEP 16 2010 BANKRUPTCY COURT BUFFALO, N.Y.

  The funds belonging to the estates of the debtors named on the attached list having (from 5-10 for 15054 & 15055)

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 3,468.05 IN 2 CHECKS
CHECK # 15194 FOR $ 2,906.23
CHECKS # 15185 FOR $ 561.82
Representing unclaimed funds.

DATED: 9-15-2010

                           _____
                           ALBERT J. MOGAVERO
                           TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 876422 | KITCHO | 0513331 | 19.78 | BENEFICIAL HOMEOWNER SVC IN | 961 WEIGEL DRIVE | | ELMHURST | IL | 60126 |
| 876530 | CHANDRA | 0416691 | 27.45 | BULAN, CHIARI et al | 14 LAFAYETTE SQUARE | SUITE 1440 | BUFFALO | NY | 142030000 |
| 877096 | HERNANDEZ | 0511024 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE - | THOMAS GAFFNEY | UNKNOWN | NY | 14202 |
| 877059 | CARMICHAEL | 0811598 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE - | JOHN RING, III | UNKNOWN | NY | 14202 |
| 878478 | WATSON | 0600545 | 31.00 | ERIE COUNTY MEDICAL CENTER | % MERCANTILE ADJUSTMENT BURE | 40 WEST AVENUE | ROCHESTER | NY | 14611 |
| 879615 | RIVAS | 0515578 | 822.92 | MBNA | BANK OF AMERICA | POB 26012 NC4-105-03-14 | GREENSBORO | NC | 27499 |
| 879698 | CASTIGLIA | 0414553 | 34.98 | MJ PETERSON, LLC | % BULAN & CHIARI LLP | 14 LAFAYETTE SQ #1440 | BUFFALO | NY | 142030000 |
| 881054 | STRZYZ | 0511850 | 20.10 | SABRINA KIRKLAND | 502 KAYMAR DRIVE | | AMHERST | NY | 14228 |
| 881171 | DAVIS | 0600136 | 72.16 | SAXON MORTGAGE SERVICES, IN | 4708 MERCANTILE DRIVE | | FORT WORTH | TX | 76137 |
| 881614 | CASTIGLIA | 0414553 | 11.29 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 881616 | VYSKOCIL | 0510950 | 27.80 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 881623 | BEY | 0591181 | 0.25 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 882002 | QUINN | 0513199 | 1,828.49 | WOLPOFF & ABRAMSON, LLP | TWO IRVINGTON CENTRE | 702 KING FARM BLVD | ROCKVILLE | MD | 208505775 |
| 882151 | JALAL | 0419403 | 4.19 | JANET G JALAL | 250 PHYLLIS AVENUE | | BUFFALO | NY | 14208 |
| 882162 | SORRI | 0510536 | 29.01 | GEORGE & LEONA SORRI | 2037 STALEY ROAD | | GRAND ISLAND | NY | 14072 |
| 882167 | KING | 0515742 | 287.07 | STACY L KING | 35 HAMMOND | | JAMESTOWN | NY | 14701 |
| 882195 | SIMMONS | 0519826 | 5.00 | ALISON M SIMMONS | 2651 HEMLOCK RD. | | EDEN | NY | 14057 |
| 882211 | JACOBI | 0602252 | 5.00 | ANGELO M JACOBI | 252 SOUTHSIDE PARKWAY | | BUFFALO | NY | 14220 |
| 882220 | LASZEK | 0700085 | 5.01 | PAUL M LASZEK | 1179 ELMWOOD AVENUE | | BUFFALO | NY | 142221001 |
| 882221 | SCHLAGER | 0701070 | 211.53 | CATHERINE A SCHLAGER | 155 CROWLEY AVENUE, APT. #2 | | BUFFALO | NY | 142071557 |
| 882222 | HEFFLE | 0813523 | 5.00 | DENISE N HEFFLE | 2444 CAYUGA STREET | | NIAGARA FALLS | NY | 14304 |
| 882223 | TENHAGEN | 0910024 | 5.00 | KRISTEN A TENHAGEN | 4287 ELMWOOD AVENUE | | BLASDELL | NY | 14219 |
| 882224 | MASCARDO | 0912727 | 5.01 | CHARITY R MASCARDO | 27 LEONARD STREET | | BUFFALO | NY | 14215 |
| | | | $3,468.05 | | | | | | |

Page 1 of 1

Case 1-04-14553-MJK    Doc 392    Filed 09/16/10    Entered 09/16/10 12:38:46    Desc Main
Document      Page 2 of 2